UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Toyota Lease Trust

In Re:
    Resnick, Joan E.

    Resnick, Paul M.

Order Filed on August 29, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No:   16-34647 JNP

Chapter: 13

Hearing Date: August 29, 2017
Judge: Jerrold N. Poslusny Jr.

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: August 29, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

[Type text]

Upon the motion of <u>Toyota Lease Trust</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐ Real Property More Fully Described as:

■ Personal Property More Fully Describes as:

**2014 TOYOTA COROLLA, VIN: 2T1BURHE3EC220604,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Paul M. Resnick  
Joan E. Resnick  
    Debtors

Case No. 16-34647-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Aug 29, 2017  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2017.  
db/jdb        +Paul M. Resnick,   Joan E. Resnick,   59 Linden Drive,   Blackwood, NJ 08012-3151

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2017 at the address(es) listed below:  
        Andrew M. Lubin     on behalf of Creditor    Wells Fargo Bank, N.A. bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
        Anne Marie Aaronson     on behalf of Creditor    Police and Fire Federal Credit Union aaaronson@dilworthlaw.com, cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;mferrier@dilworthlaw.com;cct@dilworthlaw.com  
        Denise E. Carlon     on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Joseph J. Rogers     on behalf of Debtor Paul M. Resnick jjresq@comcast.net, jjresq1@comcast.net  
        Joseph J. Rogers     on behalf of Joint Debtor Joan E. Resnick jjresq@comcast.net, jjresq1@comcast.net  
        Robert J. Malloy     on behalf of Creditor    South Jersey Federal Credit Union ecf.rjmalloylaw@gmail.com  
        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                   TOTAL: 9