UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on September 26, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey**

DILWORTH PAXSON LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Telephone: (215) 575-7000
Anne M. Aaronson (AA1679)

*Counsel to Police and Fire Federal Credit Union*

In re:

PAUL RESNICK and JOAN RESNICK,

Debtors.

Chapter 13

Case No. 16-34647-JNP

Hearing Date: October 4, 2017
Judge: Jerrold N. Poslusny Jr.

### STIPULATED ORDER RESOLVING OBJECTION OF POLICE AND FIRE FEDERAL CREDIT UNION TO THE DEBTORS' CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) and three (3), is hereby Ordered.

**DATED: September 26, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

119771475_1

Page 2
DEBTORS: Paul and Joan Resnick
CASE NO: 16-34647 (JNP)
CAPTION OF ORDER: Stipulated Order Resolving Objection of Police and Fire Federal Credit Union to the Debtors' Chapter 13 Plan

Upon consideration of the Debtors' proposed Chapter 13 Plan and the Objection thereto filed by the Police and Fire Federal Credit Union ("PFFCU"), and with the consent of the Debtors and PFFCU, and for good cause shown, it is hereby

**ORDERED** that the Home Equity Loan (the "Second Mortgage") held by PFFCU, with a balance owed as of the Petition Date in the amount of $24,712.50, is secured by Debtor's real property located at 59 Linden Drive, Blackwood, NJ 08012 and will be treated as a secured claim in the Debtors' Chapter 13 Plan; and it is

**FURTHER ORDERED** that the Debtors will make their regular monthly payments on account of their Second Mortgage directly to PFFCU beginning with their payment in the amount of $242.54 that is due for the month of October 2017, and shall pay their present arrears totaling $1,697.78 through September 30, 2017 in equal monthly installments of $141.48 each over the twelve month period beginning October 1, 2017 and ending September 30, 2018; and it is

**FURTHER ORDERED** that, should the Debtors fail to comply with any of the terms of this Consent Order, counsel for PFFCU may serve counsel to the Debtors with a notice of default and the Debtors shall have twenty (20) days from the receipt thereof to cure the default in full or an order shall be entered lifting the automatic stay with respect to the Debtors' Real Property located at 59 Linden Drive, Blackwood, NJ 08012 upon certification filed by PFFCU, without further hearing.

119771475_1

Page 3
DEBTORS: Paul and Joan Resnick
CASE NO: 16-34647 (JNP)
CAPTION OF ORDER: Stipulated Order Resolving Objection of Police and Fire Federal Credit Union to the Debtors' Chapter 13 Plan

CONSENTED TO BY:

        DILWORTH PAXSON LLP

DATED: September 22, 2017    /s/ *Anne M. Aaronson*
        Anne M. Aaronson, Esquire
        *Attorney for Police and Fire Federal Credit Union*

CONSENTED TO BY:

        LAW OFFICE OF JOSEPH J. ROGERS

DATED: September __, 2017    /s/
        Joseph J. Rogers, Esquire
        *Attorney for Paul and Joan Resnick*

119771475_1