UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on September 26, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey**

DILWORTH PAXSON LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Telephone: (215) 575-7000
Anne M. Aaronson (AA1679)

*Counsel to Police and Fire Federal Credit Union*

In re:

PAUL RESNICK and JOAN RESNICK,

Debtors.

Chapter 13

Case No. 16-34647-JNP

Hearing Date: October 4, 2017
Judge: Jerrold N. Poslusny Jr.

## STIPULATED ORDER RESOLVING OBJECTION OF POLICE AND FIRE FEDERAL CREDIT UNION TO THE DEBTORS' CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) and three (3), is hereby Ordered.

**DATED: September 26, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

119771475_1

Page 2
DEBTORS: Paul and Joan Resnick
CASE NO: 16-34647 (JNP)
CAPTION OF ORDER: Stipulated Order Resolving Objection of Police and Fire Federal Credit Union to the Debtors' Chapter 13 Plan

Upon consideration of the Debtors' proposed Chapter 13 Plan and the Objection thereto filed by the Police and Fire Federal Credit Union ("PFFCU"), and with the consent of the Debtors and PFFCU, and for good cause shown, it is hereby

**ORDERED** that the Home Equity Loan (the "Second Mortgage") held by PFFCU, with a balance owed as of the Petition Date in the amount of $24,712.50, is secured by Debtor's real property located at 59 Linden Drive, Blackwood, NJ 08012 and will be treated as a secured claim in the Debtors' Chapter 13 Plan; and it is

**FURTHER ORDERED** that the Debtors will make their regular monthly payments on account of their Second Mortgage directly to PFFCU beginning with their payment in the amount of $242.54 that is due for the month of October 2017, and shall pay their present arrears totaling $1,697.78 through September 30, 2017 in equal monthly installments of $141.48 each over the twelve month period beginning October 1, 2017 and ending September 30, 2018; and it is

**FURTHER ORDERED** that, should the Debtors fail to comply with any of the terms of this Consent Order, counsel for PFFCU may serve counsel to the Debtors with a notice of default and the Debtors shall have twenty (20) days from the receipt thereof to cure the default in full or an order shall be entered lifting the automatic stay with respect to the Debtors' Real Property located at 59 Linden Drive, Blackwood, NJ 08012 upon certification filed by PFFCU, without further hearing.

119771475_1

Page 3
DEBTORS: Paul and Joan Resnick
CASE NO: 16-34647 (JNP)
CAPTION OF ORDER: Stipulated Order Resolving Objection of Police and Fire Federal Credit Union to the Debtors' Chapter 13 Plan

CONSENTED TO BY:

                                                             DILWORTH PAXSON LLP

DATED: September 22, 2017           /s/ *Anne M. Aaronson*
                                                     Anne M. Aaronson, Esquire
                                                     *Attorney for Police and Fire Federal Credit Union*

CONSENTED TO BY:

                                                             LAW OFFICE OF JOSEPH J. ROGERS

DATED: September ___, 2017          /s/
                                                       Joseph J. Rogers, Esquire
                                                     *Attorney for Paul and Joan Resnick*

119771475_1

United States Bankruptcy Court
District of New Jersey

In re:  
Paul M. Resnick  
Joan E. Resnick  
    Debtors

Case No. 16-34647-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Sep 26, 2017  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2017.  
db/jdb        +Paul M. Resnick,    Joan E. Resnick,    59 Linden Drive,    Blackwood, NJ 08012-3151

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                   TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2017 at the address(es) listed below:

         Andrew M. Lubin    on behalf of Creditor    Wells Fargo Bank, N.A. bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
         Anne Marie Aaronson    on behalf of Creditor    Police and Fire Federal Credit Union aaaronson@dilworthlaw.com, cpappas@dilworthlaw.com;mdolan@dilworthlaw.com;mferrier@dilworthlaw.com;cct@dilworthlaw.com  
         Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Joseph J. Rogers    on behalf of Debtor Paul M. Resnick jjresq@comcast.net, jjresq1@comcast.net  
         Joseph J. Rogers    on behalf of Joint Debtor Joan E. Resnick jjresq@comcast.net, jjresq1@comcast.net  
         Robert J. Malloy    on behalf of Creditor    South Jersey Federal Credit Union ecf.rjmalloylaw@gmail.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                 TOTAL: 9