**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Paul M. Resnick | Social Security number or ITIN  xxx–xx–9561 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Joan E. Resnick | Social Security number or ITIN  xxx–xx–5707 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–34647–JNP | |

# Order of Discharge                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Paul M. Resnick                                   Joan E. Resnick

10/7/21                                         **By the court:** Jerrold N. Poslusny Jr.
                                                               United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Paul M. Resnick  
Joan E. Resnick  
    Debtors

Case No. 16-34647-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3  
Date Rcvd: Oct 07, 2021     Form ID: 3180W     Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Paul M. Resnick, Joan E. Resnick, 112 2nd Street, Brooklawn, NJ 08030-2618 |
| 516572625 | + | Compass Turf Management LLC, PO Box 594, Stratford, NJ 08084-0594 |
| 516693458 | + | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 516572627 | + | Police And Fire Fcu, 901 Arch St, Philadelphia, PA 19107-2495 |
| 516572628 | + | South Jersey Federal C, Po Box 5530, Deptford, NJ 08096-0530 |
| 516685416 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518160913 | + | Wells Fargo Bank, N.A.., Charles G. Wohlrab, Shapiro & DeNardo, LLC, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 07 2021 20:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 07 2021 20:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: courts@southjerseyfcu.com | Oct 07 2021 20:17:00 | South Jersey Federal Credit Union, 1615 Hurffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| 516572623 | + | EDI: CAPITALONE.COM | Oct 08 2021 00:18:00 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516572624 | + | EDI: CITICORP.COM | Oct 08 2021 00:18:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 516572626 | + | EDI: FORD.COM | Oct 08 2021 00:18:00 | Kia Motors Finance, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 516696209 | + | EDI: MID8.COM | Oct 08 2021 00:18:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516788524 | | EDI: PRA.COM | Oct 08 2021 00:18:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 516572629 | + | EDI: RMSC.COM | Oct 08 2021 00:18:00 | Synchrony Bank/ JC Penneys, Po Box 965064, Orlando, FL 32896-5064 |
| 516572630 | | EDI: TFSR.COM | Oct 08 2021 00:18:00 | Toyota Motor Credit Co, Po Box 8026, Cedar Rapids, IA 52408 |
| 516572632 | | EDI: WFFC.COM | Oct 08 2021 00:18:00 | Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 07, 2021 | Form ID: 3180W | Total Noticed: 21 |

| | | | | |
|---|---|---|---|---|
| | | | | Frederick, MD 21701 |
| 516658602 | + EDI: WFFC.COM | Oct 08 2021 00:18:00 | | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 516656374 | EDI: WFFC.COM | Oct 08 2021 00:18:00 | | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 516572633 | + EDI: WFFC.COM | Oct 08 2021 00:18:00 | | Wffnb Dual L, 800 Walnut Street, Des Moines, IA 50309-3605 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516572631 | ##+ | Viking Termite & Pest, 449 W. Nicholoson Road, Audubon, NJ 08106-1911 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2021         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2021 at the address(es) listed below:

| **Name** | **Email Address** |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Wells Fargo Bank  N.A. bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Anne Marie Aaronson | on behalf of Creditor Police and Fire Federal Credit Union aaaronson@dilworthlaw.com cct@dilworthlaw.com;mdolan@dilworthlaw.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Wells Fargo Bank  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John F Newman | on behalf of Creditor South Jersey Federal Credit Union courts@southjerseyfcu.com |
| Joseph J. Rogers | on behalf of Debtor Paul M. Resnick jjresq@comcast.net  jjrogers0507@gmail.com |
| Joseph J. Rogers | on behalf of Joint Debtor Joan E. Resnick jjresq@comcast.net  jjrogers0507@gmail.com |

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Oct 07, 2021 | Form ID: 3180W | Total Noticed: 21

U.S. Trustee
              USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10